BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| OK Y. PARK,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-CV-02587-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 27, 2015, to May 27, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant's counsel respectfully requests this additional time because she was out of the office on work-related travel when Plaintiff filed her brief and has subsequently been involved in representing the agency in a matter before the Merit

Stip. & Prop. Order for Ext; 2:14-cv-02587-KJN

Systems Protection Board (MSPB) that went to hearing and producing responsive documents in discovery in a district court employment discrimination case.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  April 22, 2015

Respectfully submitted,
*/s/ Manuel Deeter Serpa*
Manuel Deeter Serpa
As authorized via email on 4/22/15
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

Dated:  April 22, 2015

*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  April 23, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext; 2:14-cv-02587-KJN